Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL MEDCOM, INC.           )  Case No: 3:15-cv-03839
                                     )
            Plaintiff(s),            )  APPLICATION FOR
                                     )  ADMISSION OF ATTORNEY
   v.                                )  PRO HAC VICE
S.E. INTERNATIONAL, INC.             )  (CIVIL LOCAL RULE 11-3)
                                     )
            Defendant(s).            )

I, Scott M. Douglass, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: S. E. International, Inc. in the above-entitled action. My local co-counsel in this case is John D. O'Connor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1600 Division Street, Suite 500 | O'Connor and Associates |
| Nashville, TN  37203 | 201 Mission Street, Suite 710 |
|  | San Francisco, CA 94105 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (615) 242-2400 | (415) 693-9960 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| smd@iplawgroup.com | john@joclaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 031097.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/14/15                                    Scott M. Douglass
                                                    APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott M. Douglass is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  9/18/2015

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, James M. Hivner, Clerk of the Supreme Court, do hereby certify that SCOTT McLEAN DOUGLAS is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 26, 2012

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 2nd day of January, 2015.

James M. Hivner, Clerk

By: _____ D.C.
MaryBeth Lindsey