Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MEDCOM, INC. | Case No: 3:15-cv-03839 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| S.E. INTERNATIONAL, INC. | |
| Defendant(s). | |

I, Ryan D. Levy, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: S. E. International, Inc. in the above-entitled action. My local co-counsel in this case is John D. O'Connor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1600 Division Street, Suite 500
Nashville, TN 37203

MY TELEPHONE # OF RECORD:
(615) 242-2400

MY EMAIL ADDRESS OF RECORD:
rdl@iplawgroup.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA 94105

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 693-9960

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
john@joclaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 024568.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/14/15

Ryan D. Levy
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan D. Levy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/18/2015

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, James M. Hivner, Clerk of the Supreme Court, do hereby certify that RYAN D. LEVY is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 14, 2005

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 2nd day of January, 2015.

James M. Hivner, Clerk

By: _MBLindsey_ D.C.
MaryBeth Lindsey