United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MEDCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> S.E. INTERNATIONAL, INC., <br><br> Defendant. | Case No. 15-cv-03839-HSG <br><br> **CONDITIONAL ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 68 |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however, that if any party shall certify to this Court, with proof of service of a copy on opposing counsel, within 120 days from the date of this order, that the agreed actions under the settlement agreement have not been taken, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: September 30, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge