John D. O'Connor (SBN 54238)
Jessica Shafer (SBN 297856)
O'CONNOR & ASSOCIATES
201 Mission Street, Suite 710
San Francisco, CA 94105
T: 415-693-9960/F: 415-693-6537
john@joclaw.com

John F. Triggs (admitted *pro hac vice*)
Ryan D. Levy (admitted *pro hac vice*)
Scott Douglass (admitted *pro hac vice*)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
T: 615-242-2400/F: 615-242-2221
rdl@iplawgroup.com

*Attorneys for Defendant S.E. International, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL MEDCOM, INC. | ) CASE NO. 4:15-cv-03839 |
| Plaintiff, | ) |
| | ) JUDGE HAYWOOD S. GILLIAM, JR. |
| vs. | ) |
| S.E. INTERNATIONAL, INC., | ) **ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE OF RYAN D. LEVY** |
| Defendant. | ) |

Defendant S.E. International, Inc. has filed a motion to allow Ryan D. Levy to appear telephonically at today's case management conference.

Defendant in its motion showed good cause, namely that lead counsel John Triggs is en route but experiencing a flight delay and will attempt to attend the hearing, and the fact that Ryan Levy has authority to represent and bind Defendant, and that Opposing Counsel has indicated it consents to this motion, the motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make

---

[PROPOSED] ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE OF RYAN D. LEVY

1

arrangements for the telephonic appearance.  John Triggs should appear at the courthouse even if he is late to the hearing.

**IT IS SO ORDERED.**

DATED: March 21, 2017

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE